```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 43582
    JESSICA RUTH WASHINGTON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-7782


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
        The case was filed on 10/04/2005 and was confirmed 12/05/2005.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

        The case was paid in full 01/26/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   SECURED         10331.02        1093.59       10331.02
INTERNAL REVENUE SERVICE   SECURED         23753.50        2514.45       23753.50
ACS SUPPORT STOP 813G      NOTICE ONLY     NOT FILED          .00            .00
CHICAGO DEPT OF REVENUE    PRIORITY        NOT FILED          .00            .00
AMERICAN EXPRESS..         UNSECURED       NOT FILED          .00            .00
VISA                       UNSECURED       NOT FILED          .00            .00
MASTERCARD                 UNSECURED       NOT FILED          .00            .00
VISA                       UNSECURED       NOT FILED          .00            .00
LIMITED FASHION GROUP      UNSECURED       NOT FILED          .00            .00
B-LINE LLC                 UNSECURED        5672.29           .00         5672.29
INOVISION-MEDCLR NCOP      NOTICE ONLY     NOT FILED          .00            .00
B-LINE LLC                 UNSECURED        7882.74           .00         7882.74
INOVISION-MEDCLR NCOP      NOTICE ONLY     NOT FILED          .00            .00
B-LINE LLC                 UNSECURED        4300.81           .00         4300.81
INOVISION-MEDCLR NCOP      NOTICE ONLY     NOT FILED          .00            .00
NIEMAN MARCUS              UNSECURED       NOT FILED          .00            .00
NORDSTROMS                 UNSECURED       NOT FILED          .00            .00
SAKS FIFTH AVE             UNSECURED       NOT FILED          .00            .00
SHELL OIL CARD             UNSECURED       NOT FILED          .00            .00
ASSET ACCEPTANCE CORP      UNSECURED         222.96           .00          222.96
CAPITAL ONE                UNSECURED         378.31           .00          378.31
INTERNAL REVENUE SERVICE   PRIORITY         4683.14           .00         4683.14
ASSET ACCEPTANCE CORP      UNSECURED         510.42           .00          510.42
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED          .00            .00
ADRIAN E MAZAR             DEBTOR ATTY      1,250.00                     1,250.00
TOM VAUGHN                 TRUSTEE                                       4,218.04
DEBTOR REFUND              REFUND                                        2,010.78


        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 43582 JESSICA RUTH WASHINGTON
```

```
TRUSTEE                                  68,822.05

PRIORITY                                                        4,683.14
SECURED                                                        34,084.52
    INTEREST                                                    3,608.04
UNSECURED                                                      18,967.53
ADMINISTRATIVE                                                  1,250.00
TRUSTEE COMPENSATION                                            4,218.04
DEBTOR REFUND                                                   2,010.78
                                      ----------------   ----------------
TOTALS                                   68,822.05              68,822.05
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/10/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE